UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOTUS LIFESTYLE, LLC, | ) |
| Plaintiff, | ) |
| | ) Case No. C18-922 RSM |
| v. | ) |
| | ) **ORDER GRANTING STIPULATED** |
| ROBERT BURGESS, and BEVERAGE | ) **MOTION TO EXTEND INITIAL** |
| SPECIALISTS, INC., | ) **CASE DEADLINES AND** |
| | ) **PLAINTIFF'S DEADLINE TO** |
| Defendants. | ) **RESPOND TO COUNTERCLAIMS** |

## ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES AND PLAINTIFF'S DEADLINE TO RESPOND TO COUNTERCLAIMS

This matter having come before the Court on the Stipulated Motion to Extend Initial Case Deadlines and Plaintiff's Deadline to Respond to Counterclaims, and the Court, being duly advised in the same, does GRANT said motion.

IT IS THEREFORE ORDERED that the time for Plaintiff to respond to Defendants' Counterclaims is extended from August 3, 2018 to September 4, 2018.

IT IS FURTHER ORDERED that the initial case deadlines set by the Court's July 6, 2018 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement are each extended by thirty (30) days, as follows:

ORDER ON STIPULATED MOTION TO EXTEND INITIAL
CASE DEADLINES - 1
CASE NO. 2:18-CV-00922-RSM

7376488.1

| Event | Original Deadline | Extended Deadline |
|---|---|---|
| FRCP 26(f) Conference | 8/3/2018 | 9/4/2018 |
| Initial Disclosures | 8/10/2018 | 9/10/2018 |
| Joint Status Report | 8/17/2018 | 9/17/2018 |

DATED this 26th day of July 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED MOTION TO EXTEND INITIAL
CASE DEADLINES - 2
CASE NO. 2:18-CV-00922-RSM

7376488.1