UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOTUS LIFESTYLE, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT BURGESS, and BEVERAGE SPECIALISTS, INC.,<br><br>　　　　　Defendants. | CASE NO. 2:18-cv-922-RSM<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST ALL PARTIES WITH PREJUDICE AND WITHOUT FEES OR COSTS |

**STIPULATED MOTION**

COME NOW Plaintiff Lotus Lifestyle, LLC, by and through its counsel of record, Tiffany Scott Connors and Pilar C. French of Lane Powell, and Jonathan G. Polak of Taft Stettinius & Hollister LLP, and Defendants Robert Burgess and Beverage Specialists, Inc., by and through their counsel of record, W. Scott Clement and Marnie H. Silver of Clement & Drotz, PLLC, and Frank Siderius of Siderius Lonergan & Martin LLP and hereby stipulate to dismissal all of all claims asserted in the above-captioned matter against all parties, with prejudice, and without an award of attorney's fees or costs to any party. This stipulated motion is made pursuant to FRCP 41(a)(1)(A)(ii) and pursuant to an agreement reached between the parties.

DATED this 22nd day of May, 2019.

STIPULATED MOTION AND ORDER FOR DISMISSAL - 1

| | |
|---|---|
| 1 | LANE POWELL |
| 2 | s/Tiffany Scott Connors |
| | s/Pilar C. French |
| 3 | Tiffany Scott Connors, WSBA No. 41740 |
| | Pilar C. French, WSBA No. 33300 |
| 4 | 1420 Fifth Avenue, Suite 4200 |
| | P.O. Box 91302 |
| 5 | Seattle, WA 98111-9402 |
| | Email: connorst@lanepowell.com |
| 6 | Email: frenchp@lanepowell.com |
| | Co-counsel for Plaintiff |
| 7 | DATED this 22nd day of May, 2019. |
| 8 | |
| | TAFT STETTINIUS & HOLLISTER LLP |
| 9 | |
| | s/Jonathan G. Polak |
| 10 | Jonathan G. Polak, Pro Hac Vice |
| | One Indiana Square, Suite 3500 |
| 11 | Indianapolis, IN 46204 |
| | Email:jpolak@taftlaw.com |
| 12 | Co-counsel for Plaintiff |
| 13 | DATED this 22nd day of May, 2019. |
| 14 | CLEMENT & DROTZ, PLLC |
| 15 | |
| | s/W. Scott Clement |
| 16 | s/Marnie H. Silver |
| | W. Scott Clement, WSBA# 16243 |
| 17 | Marnie H. Silver, WSBA # 34002 |
| | 100 W. Harrison Street, Suite N350 |
| 18 | Seattle, WA 98119 |
| | Email: sclement@clementdrotz.com |
| | Email: msilver@clementdrotz.com |
| 19 | Co-counsel for Defendants Robert Burgess and Beverage Specialists, Inc. |
| 20 | |
| 21 | DATED this 22nd day of May, 2019. |
| 22 | |
| | SIDERIUS LONERGAN & MARTIN LLP |
| 23 | |
| | s/Frank Siderius |

STIPULATED MOTION AND ORDER FOR DISMISSAL - 2

CLEMENT & DROTZ PLLC
100 W HARRISON STREET, SUITE N350
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 448-2565
FACSIMILE (206) 448-2235

| | |
|---|---|
| 1 | Frank Siderius, WSBA # 7759 |
| 2 | 500 Union St Ste 847<br>Seattle, WA 98101-2394 |
| 3 | Email: franks@sidlon.com<br>Co-counsel for Defendants Robert Burgess and<br>Beverage Specialists, Inc. |

**ORDER**

Based on the foregoing stipulation of the parties, and the Court being duly advised, IT IS HEREBY ORDERED that all claims, by and among the parties are dismissed with prejudice and without an award of attorneys' fees and/or costs.

Dated this 24th day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

CLEMENT & DROTZ, PLLC

s/W. Scott Clement
s/Marnie H. Silver
W. Scott Clement, WSBA# 16243
Marnie H. Silver, WSBA # 34002
100 W. Harrison Street, Suite N350
Seattle, WA 98119
Email: sclement@clementdrotz.com
Email: msilver@clementdrotz.com
Co-counsel for Defendants Robert Burgess and Beverage Specialists, Inc.

Approved as to Form;
Notice of Presentation Waived:

STIPULATED MOTION AND ORDER FOR DISMISSAL - 3

CLEMENT & DROTZ PLLC
100 W HARRISON STREET, SUITE N350
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 448-2565
FACSIMILE (206) 448-2235

LANE POWELL

s/Tiffany Scott Connors
s/Pilar C. French
Tiffany Scott Connors, WSBA No. 41740
Pilar C. French, WSBA No. 33300
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Email: connorst@lanepowell.com
Email: frenchp@lanepowell.com
Co-counsel for Plaintiff


TAFT STETTINIUS & HOLLISTER LLP

s/Jonathan G. Polak
Jonathan G. Polak, Pro Hac Vice
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Email:jpolak@taftlaw.com
Co-counsel for Plaintiff


SIDERIUS LONERGAN & MARTIN LLP

s/Frank Siderius
Frank Siderius, WSBA # 7759
500 Union St Ste 847
Seattle, WA 98101-2394
Email: franks@sidlon.com
Co-counsel for Defendants Robert Burgess and Beverage Specialists, Inc.

Clement & Drotz PLLC
100 W Harrison Street, Suite N350
Seattle, Washington 98119
Telephone (206) 448-2565
Facsimile (206) 448-2235